

# Fourth Court of Appeals
## San Antonio, Texas

May 28, 2014

No. 04-12-00316-CR

Shawn Pierre **LEE**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR6846
Honorable George H. Godwin, Judge Presiding

# O R D E R

Sitting:      Catherine Stone, Chief Justice
                Sandee Bryan Marion, Justice
                Patricia O. Alvarez, Justice

This appeal was abated on March 20, 2014 for the trial court to make a determination as to the status of Trial Court Exhibits 1-4. After a hearing before the trial court, all exhibits have now been filed. It is therefore ORDERED that this appeal is REINSTATED on the docket of this court.

This case is set for formal submission ON BRIEFS ONLY before this Court on Thursday, May 29, 2014, before a panel consisting of Chief Justice Stone, Justice Marion, and Justice Alvarez.

It is so **ORDERED** on the 28th day of May, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court